IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DIANA LONGBOTTOM, et al. | * |
| | * |
|    PLAINTIFFS | * |
| vs. | * |
| | * |
| RITE AID CORPORATION, et al. | *  Civil Action No.: 03-456 |
|    DEFENDANTS | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the Plaintiffs.

I certify that I am admitted to practice in this court.

_____        _____
Date                                                                       Signature of Counsel

Donald H. Feige, Bar #00421
9407 Harford Road
Baltimore, Maryland 21234
(410) 882-1030 fax (410) 661-7638