# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DIANA LONGBOTTOM et al. | * |
| | * |
| Plaintiffs | |
| | * |
| v. | |
| | *   Civil Action No. 03-456 |
| RITE AID CORPORATION et al. | |
| | * |
| Defendants | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

Please enter the appearance of Michael J. Carlson, Bar Number 25258, on behalf of Defendant Rite Aid Corporation.

_____
JAMES A. ROTHSCHILD

_____
MICHAEL J. CARLSON
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, MD  21201
410/752-1630
Attorneys for Defendant
Rite Aid Corporation

## **CERTICATE OF SERVICE**

I HEREBY CERTIFY that on this ____ day of _____, 2003, a copy of the

Entry of Appearance was mailed first-class, postage prepaid to:

Gerald W. Soukup, Esquire
Donald H. Feige, Esquire
9407 Hartford Road
Baltimore, MD  21234
Attorney for Plaintiffs

_____

James A. Rothschild