```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

DIANA LONGBOTTOM, et al.       :
                               :
v.                             :   Civil Action WMN-03-456
                               :
RITE AID CORP., et al.         :

### ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 9th day of May, 2003, by the United States District Court for the District of Maryland, hereby ORDERED:

1.  That Plaintiffs' Motion to Remand (Paper No. 9) is hereby DENIED; and

2.  That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

                              /s/
                    _____

                    William M. Nickerson
                    Senior United States District Judge