IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DIANA LONGBOTTOM et al. | * |
| | * |
| Plaintiffs | * |
| v. | * |
| | *     Civil Action No. 03-456 |
| RITE AID CORPORATION et al. | * |
| Defendants | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by their undersigned counsel, hereby stipulate, pursuant to Rule 41(a)(1)(ii), that this action, as it relates to both Defendants, Rite Aid Corporation and a pharmacist identified as DCC, is dismissed with prejudice.

| | |
|---|---|
| JAMES A. ROTHSCHILD | GERALD W. SOUKUP, ESQUIRE |
| MICHAEL J. CARLSON | DONALD H. FEIGE, ESQUIRE |
| ANDERSON, COE & KING, LLP | 9407 Hartford Road |
| 201 North Charles Street | Baltimore, MD 21234 |
| Suite 2000 | 410 661-1964 |
| Baltimore, MD 21201 | Attorney for Plaintiffs |
| 410 752-1630 | |
| Attorneys for Defendant | |
| Rite Aid Corporation | |