IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 JUL 16 P 12: 23
CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

| | |
|---|---|
| DIANA LONGBOTTOM et al. | * |
| Plaintiffs | * |
| v. | * Civil Action No. 03-456 |
| RITE AID CORPORATION et al. | * |
| Defendants | * |

* * * * * * *

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their undersigned counsel, hereby stipulate, pursuant to Rule 41(a)(1)(ii), that this action, as it relates to both Defendants, Rite Aid Corporation and a pharmacist identified as DCC, is dismissed with prejudice.

_____
JAMES A. ROTHSCHILD
MICHAEL J. CARLSON
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, MD  21201
410 752-1630
Attorneys for Defendant
Rite Aid Corporation

_____
GERALD W. SOUKUP, ESQUIRE
DONALD H. FEIGE, ESQUIRE
9407 Hartford Road
Baltimore, MD  21234
410 661-1964
Attorney for Plaintiffs

"_APPROVED_" THIS _16th_ DAY OF _July_, 20_03_

_____
SENIOR UNITED STATES DISTRICT JUDGE